**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 10, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00560-CV

## IN THE INTEREST OF M.C.R. AND F.D.R., CHILDREN,

**On Appeal from the 311th District Court
Harris County, Texas
Trial Court Cause No. 2009-64747**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 11, 2014. On February 25, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.